FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 11 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EYE SAFETY SYSTEMS, INC.**, an Idaho corporation,<br><br>        Plaintiff,<br>vs.<br><br>**FEDERAL CARTRIDGE COMPANY**, a Minnesota corporation, and **PDT TECH, LLC**, a California limited liability corporation,<br><br>        Defendants. | Case No.:SACV09-833 AG (RNBx)<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED THAT:

1. All claims, counterclaims, and defenses asserted in the above entitled action, Case No. SACV 09-833 AG (RNBx), are hereby dismissed with prejudice.

2. Each party will bear its own costs and expenses.

SO ORDERED.

Date: 5/11/10

_____
U.S. District Court Judge
**ANDREW J. GUILFORD**